UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| MICHAEL D'ALOIA, CHERYL D'ALOIA, DEBORAH MORGAN and WILLIAM HALLMAN, Individually and on behalf of all those similarly situated, | Civil Action No. 8:12-cv-00802-EAK-MAP |
| Plaintiff, | |
| v. | |
| SIMPLY ORANGE JUICE COMPANY and THE COCA-COLA COMPANY, | |
| Defendants. | |

## ORDER REGARDING JOINT MOTION TO STAY ACTION

Good cause appearing therefor and pursuant to the Joint Motion to Stay Action (Doc. 9), it is hereby ORDERED that all proceedings, deadlines and discovery in this action be stayed until thirty (30) days after the MDL Panel rules on the currently pending petition captioned *In re: Simply Orange Orange Juice Marketing and Sales Practices Litigation* (MDL No. 2361).

IT IS SO ORDERED.

Dated: May 4, 2012

Elizabeth A. Kovachevich

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

40266 v1